G. GEOFFREY ROBB (131515)
grobb@gibsonrobb.com
JOSHUA A. SOUTHWICK (246296)
jsouthwick@gibsonrobb.com
GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 348-6000
Facsimile: (415) 348-6001

Attorneys for Defendant
JAS FORWARDING (USA), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT - SAN FRANCISCO

| | |
|---|---|
| BLESSING AHURUONYE dba CONSUMER IMPORT SERVICES, Plaintiff, v. JAS FORWARDING (USA), INC. Defendant. | Case No.: CV-09-3650 MEJ  **STIPULATION OF DISMISSAL WITH PREJUDICE**  Trial Date: November 10, 2010  Complaint Filed: July 7, 2009 |

IT IS HEREBY STIPULATED by and between plaintiff BLESSING AHURUONYE dba CONSUMER IMPORT SERVICES, and defendant JAS FORWARDING (USA), INC. ("JAS") through their respective counsel of record, that plaintiff's complaint against JAS be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1)(ii), with each party bearing its own attorneys' fees and costs.

///

///

///

1

2   Dated: May 10, 2010                GIBSON ROBB & LINDH LLP

3

4                                      By: _____
                                            Joshua A. Southwick
5                                           Attorneys for Defendant
                                            JAS FORWARDING (USA), INC.
6

7
    Dated: May 7, 2010                 EZEIFE & ASSOCIATES
8

9                                      By: _____
10                                          Dozie Ike Ezeife
                                            Attorneys for Plaintiff
11                                          BLESSING AHURUONYE dba
                                            CONSUMER IMPORT SERVICES
12

13

14      _____ I hereby attest that I have on file all holograph signatures for any signatures indicated by a

15  "conformed" signature (/S/) within this efiled document.

16

17

18

19  The Clerk of Court shall close the file.

20  Dated: May 11, 2010

21

22                                          IT IS SO ORDERED
23                                          Judge Maria-Elena James
                                            UNITED STATES DISTRICT COURT
24                                          NORTHERN DISTRICT OF CALIFORNIA

25

26

27

28

NOTICE OF MEDIATION COMPLETION CONDITIONAL SETTLEMENT AND REQUEST FOR OSC re: DISMISSAL
Case No.: CV-09-3650 MEJ; Our File No. 6501.02                                              -2-

## PROOF OF SERVICE BY MAIL

(California Code of Civil Procedure § 1013a)

I am employed in the City and County of San Francisco by the law firm of GIBSON ROBB & LINDH LLP, 100 First Street, 27th Floor, San Francisco, California 94105. I am over the age of 18 years and not a party to the within action. I am readily familiar with the practice of GIBSON ROBB & LINDH LLP with respect to the collection and processing of pleadings, discovery documents, motions and all other documents which must be served upon opposing parties or other counsel in litigation. The below-described document(s) will be deposited in the ordinary course of the business of GIBSON ROBB & LINDH LLP with the United States Postal Service on the same date as I sign this document. On May 10, 2010, I served the within **STIPULATION OF DISMISSAL WITH PREJUDICE** in said action by placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully prepaid addressed as follows:

Dozie Ike Ezeife, Esq.
EZEIFE & ASSOCIATES
480 Roland Way, Suite 101
Oakland, CA 94621

*Attorneys for Plaintiff*
**BLESSING AHURUONYE dba**
**CONSUMER IMPORT SERVICES**

Following the ordinary business practices of GIBSON ROBB & LINDH LLP, I placed the aforesaid envelope in the place for collection and mailing on the date specified.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on May 10, 2010, at San Francisco, California.

T. Lianne Jitodai